# LAW OFFICES OF JILL R. SHELLOW

___

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

February 10, 2020

*Application granted.*

**BY ECF AND EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
chambersnysdseibel@nysd.uscourts.gov

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

2/10/20

     RE:   *United States v. Skylar Davis,* **17-cr-364 (CS)**

Dear Judge Seibel:

    Your Honor is scheduled to sentence Skyler Davis on February 24, 2020, and our sentencing memorandum is due today.  We are having some logistical issues and respectfully request a two-day extension of the deadline, until Wednesday, February 12.  I have consulted with the prosecutors and they consent.

    Thank you for your consideration.

                Respectfully submitted,

                Jill R. Shellow